Scott Michael Bowers, Petitioner v. The People of the State of Colorado, Respondent No. 22SC248
Supreme Court of Colorado, En Banc
October 24, 2022
 Court of Appeals Case No. 18CA1747 
 
 Petition for Writ of Certiorari DENIED. 
 JUSTICE GABRIEL and JUSTICE HART would grant as to the following issue: 
 Whether the division erred in holding that "strangulation generally describes both the conduct perpetrated by defendant and the injury suffered by the victim," such that strangulation alone is a "serious bodily injury" under the first-degree assault, section 18-3-202(1)(c), C.R.S. (2022), and crime of violence statutes, section 18-1.3-406 (2) (a)(1)(B), C.R.S. (2022). 
 1